JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FELIPE DANIEL AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>THE SHERIFF DEPARTMENT, *et al.*,<br><br>Defendants. | Case No. ED CV 22-02254-DMG (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED THAT this action is DISMISSED without prejudice.

DATED: May 4, 2023

_____
DOLLY M. GEE
United States District Judge